UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN RE:

SHERRI HILYER MIRSEYEDI                     CASE # 16-03532-TOM13

Debtor.

### TRUSTEE'S NOTICE OF CONTINUING DEFAULT

COMES NOW Bradford W. Caraway, Chapter 13 Standing Trustee, and hereby gives notice that the Debtor has failed to continue making timely payments as ordered by this Honorable Court.

Accordingly, the Trustee moves the Court to dismiss this case without further notice or hearing.

/s/ Bradford W. Caraway
Bradford W. Caraway
Chapter 13 Standing Trustee
P.O. Box 10848
Birmingham, AL 35202-0848
(205) 323-4631

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Notice has been forwarded by email or U.S. Mail, postage prepaid and properly addressed, to the following on this 15th day of September, 2020:

SHERRI HILYER MIRSEYEDI
112 CHASE CREEK CIRCLE
PELHAM, AL 35124

BOND, BOTES, REESE & SHINN, P.C.
ECFBIRMINGHAM@BONDNBOTES.COM

/s/ Bradford W. Caraway
TRUSTEE

# Bradford W. Caraway
# INTERIM STATEMENT AS OF 09/15/2020

CASE NO: 16-03532-TOM13  
STATUS:  
POT PLAN  

DEBTOR: XXX-XX-0185  
MIRSEYEDI, SHERRI HILYER  
AKA:  
112 CHASE CREEK CIRCLE  
PELHAM, AL 35124  

DATE FILED: 08/30/2016  
CONFIRMED: 11/14/2016  
MODIFIED:  
BAR DATE: 12/27/2016  Non-Government  
02/27/2017  Government  

PERCENTAGE: POT PLAN  
EMPLOYER: HOOVER TACTICAL FIREARMS   T.M. 08/15/2019  

PLAN: 60 MONTHS  
MONTHS ON SCHEDULE: (11 LEFT)  
MONTHS TO PAYOFF: (20 LEFT)  ATTORNEY: BOND, BOTES, REESE & SHINN, P.C.  

SCHEDULE: 240.00 BIWEEKLY  
TOTAL PAID: 18,792.00  

## LAST 12 TRANSACTIONS

| Date | Source | Amount |
|---|---|---|
| 10/10/19 | Cash | 240.00 |
| 08/23/19 | H E SMITH | 480.00 |
| 08/23/19 | H E SMITH | 480.00 |
| 07/16/19 | H E SMITH | 480.00 |
| 06/13/19 | H E SMITH | 720.00 |
| 05/16/19 | H E SMITH | 480.00 |
| 04/17/19 | H E SMITH | 480.00 |
| 03/15/19 | H E SMITH | 480.00 |
| 02/12/19 | H E SMITH | 480.00 |
| 01/15/19 | H E SMITH | 480.00 |
| 12/14/18 | H E SMITH | 480.00 |
| 11/16/18 | HOOVER TAC | 720.00 |

## DIRECT PAY AND NOT FILED CLAIMS

| CLAIM | CRED NO | CREDITOR NAME | DISB CODE | CLASS | ARREARS | FIXED PAYMENT | SCHED AMOUNT | PAID BY TRUSTEE | BALANCE DUE | CLAIM STATUS |
|---|---|---|---|---|---|---|---|---|---|---|
|  | 298531 | AT&T | PRO | UNS | 0.00 | 0.00 | 230.00 | 0.00 | 0.00 | NOT FILED |
|  | 262107 | CHARTER COMMUNICATION | PRO | UNS | 0.00 | 0.00 | 255.00 | 0.00 | 0.00 | NOT FILED |
|  | 310057 | EMERGENCY PHYSICIANS ASSOCIATES | PRO | UNS | 0.00 | 0.00 | 210.00 | 0.00 | 0.00 | NOT FILED |
|  | 235274 | PORTFOLIO RECOVERY ASSOC | PRO | UNS | 0.00 | 0.00 | 67.00 | 0.00 | 0.00 | NOT FILED |
|  | 309786 | SYNCB | PRO | UNS | 0.00 | 0.00 | 100.00 | 0.00 | 0.00 | NOT FILED |
| 005A | 303397 | US BANK | PRO | SEC | 0.00 | 0.00 | 114,169.42 | 0.00 | 0.00 | DIRECT |
| 006A | 310627 | SELECT PORTFOLIO SERVICING INC | PRO | SEC | 0.00 | 0.00 | 114,169.42 | 0.00 | 0.00 | DIRECT |

## PLAN AND FILED CLAIMS

| CLAIM NO | CRED NO | CREDITOR NAME / CLAIM REMARK | DISB CODE | CLASS / PAY% | LAST DISB / INT. RATE | FIX PAY / ARREARS | ORG. CLAIM / INT. BEGIN | APPROVED TO BE PAID | PRIN. PAID / INT. PAID | PRIN. DUE / INT. DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 001 | 273874 | PORTFOLIO RECOVERY ASSOCIATES, L / 2008 VOLKSWAGEN | FIX | SEC / 100.0000 | 12/2019 / 5.0000 | 135.00 / 1,393.19 | 6,527.67 / 08/30/2016 | 6,527.67 / 6,527.67 | 4,043.89 / 792.92 | 2,483.78 / 103.50 |
| 002 | 307211 | MIDLAND FUNDING LLC | PRO | UNS / 100.0000 |  | 0.00 / 0.00 | 200.49 | 200.49 / 200.49 | 0.00 / 0.00 | 200.49 / 0.00 |
| 003 | 324967 | NAVIENT SOLUTIONS | PRO | UNS / 100.0000 |  | 0.00 / 0.00 | 1,830.94 | 1,830.94 / 1,830.94 | 0.00 / 0.00 | 1,830.94 / 0.00 |
| 004 | 289904 | ASHLEY FUNDING SERVICES LLC | PRO | UNS / 100.0000 |  | 0.00 / 0.00 | 140.34 | 140.34 / 140.34 | 0.00 / 0.00 | 140.34 / 0.00 |
| 005B | 303397 | US BANK | FIX | SEC / 100.0000 | 12/2019 / 5.0000 | 250.00 / 1,736.86 | 9,282.42 / 08/30/2016 | 9,282.42 / 9,282.42 | 7,375.06 / 1,044.95 | 1,907.36 / 79.50 |
| 006B | 310627 | WILMINGTON SAVINGS / THRU MARCH 2017 | PRO | SEC / 100.0000 | 10/2019 | 0.00 / 0.00 | 3,827.18 | 3,827.18 / 3,827.18 | 1,592.99 / 0.00 | 2,234.19 / 0.00 |
| 777 | 000000 | DEBTOR | PRO-I | REF / 100.0000 |  | 0.00 / 0.00 | Continuing | Continuing / Continuing | 0.00 | Closed |
| 994 | 20440 | COURT COST | FIX | SPC / 100.0000 | 12/2016 | 76.00 / 0.00 |  | 310.00 / 310.00 | 310.00 / 0.00 | 0.00 / 0.00 |
| 997A | 10535 | BOND, BOTES, REESE & SHINN, P.C. / Attorney of Record | FIX | ATY / 100.0000 | 01/2017 | 525.00 / 0.00 | 3,000.00 | 525.00 / 525.00 | 525.00 / 0.00 | 0.00 / 0.00 |

INTERIM STATEMENT AS OF 09/15/2020

CASE NO: 16-03532-TOM13

STATUS:

POT PLAN          DEBTOR: XXX-XX-0185
                  MIRSEYEDI, SHERRI HILYER                                         SCHEDULE:        240.00 BIWEEKLY

PLAN AND FILED CLAIMS

| CLAIM NO | CRED NO | CREDITOR NAME / CLAIM REMARK | DISB CODE | CLASS PAY% | LAST DISB INT. RATE | FIX PAY ARREARS | ORG. CLAIM INT. BEGIN | APPROVED TO BE PAID | PRIN. PAID INT. PAID | PRIN. DUE INT. DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 997B | 10535 | BOND, BOTES, REESE & SHINN, P.C. 2nd Atty Claim | FIX | ATY 100.0000 | 11/2019 | 45.00 471.48 | | 2,475.00 2,475.00 | 1,908.52 0.00 | 566.48 0.00 |
| | | Trustee Administrative Fees | | | | | | 1,191.10 | 1,191.10 | |
| | | | | | TOTALS: | 1,031.00 3,601.53 | 24,809.04 | 26,310.14 26,310.14 | 16,946.56 1,837.87 | 9,363.58 183.00 |

|  | ADMIN | ATTORNEY | PRIORITY | SECURED | UNSECURED | OTHER | | |
|---|---|---|---|---|---|---|---|---|
| CLAIM AMOUNT: | 310.00 | 3,000.00 | 0.00 | 19,637.27 | 2,171.77 | 0.00 | | |
| PAID BY TRUSTEE: | 310.00 | 2,433.52 | 0.00 | 13,011.94 | 0.00 | 0.00 | | |
| PAID BY 3rd PARTY: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| SUB TOTAL: | 0.00 | 566.48 | 0.00 | 6,625.33 | 2,171.77 | 0.00 | DUE CREDITORS: | 9,546.58 |
| INTEREST DUE: | 0.00 | 0.00 | 0.00 | 183.00 | 0.00 | 0.00 | EXPECTED ADMIN: | 628.46 |
| CONTINUING: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | LESS AVAILABLE: | 7.57 |
| BALANCE DUE: | 0.00 | 566.48 | 0.00 | 6,808.33 | 2,171.77 | 0.00 | APPROX BALANCE: | 10,167.47 |

PREVIOUS CASES:

0602196          PAID          10/26/2007  Plan Completed

1st PAYMENT DUE: 09/29/2016

TRUSTEE'S SCHEDULE:      22,432.00
ACTUAL PAYMENTS:         18,792.00
AMOUNT BEHIND:            3,640.00          UNSECURED BASE:       1,800.00

Schedule Required to Pay Out Case in 60 Months: 423.36 BIWEEKLY (for 11 Months)          Needed To Complete:   9,795.70

Page 3 of 3